

**FITAPELLI & SCHAFFER**
— ATTORNEYS AT LAW —

475 Park Avenue South, 12th Floor • New York, NY 10016
Telephone: (212) 300-0375 • Facsimile: (212) 481-1333 • www.fslawfirm.com

December 17, 2015

<u>Via ECF</u>
Hon. Roanne L. Mann, U.S.M.J.
United States District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: *Heredia v. Khim's Millenium Market IV, Inc. et al*
     <u>*Civil Action No.: 15 Civ. 4609 (ILG)(RLM)*</u>

Dear Judge Mann:

  This firm represents the Plaintiff and opt-in Plaintiffs (collectively, "Plaintiffs") in connection with the above-referenced action. In accordance with Your Honor's Order dated December 11, 2015, we write jointly with Defendants (collectively, "the Parties") to provide the Court with an updated status report. The Parties have met and conferred, and the Parties would like to withdraw their Stipulation of Dismissal without Prejudice, ECF No. 17, as well as Plaintiff's pending request for conditional certification. In that regard, the Parties respectfully request two weeks to pursue resolution for the individual plaintiffs and will submit an agreement for review should a settlement be reached. We thank the Court's time and consideration.

                Respectfully Submitted,

                Joseph A. Fitapelli

cc: Counsel of Record (via ECF)