**ROANNE L. MANN**  
**UNITED STATES MAGISTRATE JUDGE**

DATE: Jan. 20, 2016  
START: 3:15 p.m.  
END: 3:30 pm

DOCKET NO: 15-CV-4609 (RLM)

CASE: Heredia v. Khim's Millenium Market IV, Inc., et al.

☐ INITIAL CONFERENCE  
☐ DISCOVERY CONFERENCE  
☐ SETTLEMENT CONFERENCE  
☐ MOTION HEARING  
☐ OTHER/ORDER TO SHOW CAUSE  
☐ FINAL/PRETRIAL CONFERENCE  
☐ TELEPHONE CONFERENCE  
☐ INFANT COMPROMISE HEARING

**PLAINTIFF** — ATTORNEY: Brian Schaffer

**DEFENDANT** — ATTORNEY: Robert Lash

☐ DISCOVERY TO BE COMPLETED BY _____  
☐ NEXT _____ CONFERENCE SCHEDULED FOR _____  
☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____  
☐ PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

The Court conducts a telephonic Cheeks hearing and concludes that the settlement, which is on behalf of plaintiff Heredia and two opt-ins, was reached after arms-length negotiations and is fair and reasonable. The parties shall promptly file their stipulation of discontinuance.