IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF NEW YORK

---

SANTOS EFRAIN HEREDIA, on behalf of himself
and all others similarly situated,

                          Plaintiff,

-against-                                    No. 15 CV 4609 (ILG) (RLM)

KHIM'S MILLENIUM MARKET IV, INC.,
KHIM'S MILLENNIUM MARKET V, INC.,
KHIMS MILLENNIUM MARKET VI INC., KHIMS
ORGANIC INC., KHIM'S ORGANIC II INC.,
KHIMS ORGANIC III INC., KHIM'S ORGANIC
IV INC., KHIMS ORGANIC V INC., SANG KYU
KHIM, SUNG KYU KHIM, and IN KYU KHIM,

                          Defendants.

---

## STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Santos Efrain Heredia, on behalf of himself and all Opt-in Plaintiffs – Pedro Sicadan and Gonzalo Villegas (collectively, "Plaintiffs") and Defendants Khim's Millenium Market IV, Inc., Khim's Millennium Market V, Inc., Khims Millennium Market VI Inc., Khims Organic Inc., Khim's Organic II Inc., Khims Organic III Inc., Khim's Organic IV Inc., Khims Organic V Inc., Sang Kyu Khim, Sung Kyu Khim, and In Kyu Khim (collectively, "Defendants"), by and through their undersigned counsel, that the Negotiated Settlement Agreement and Release in this matter having been reviewed by the Court and found to be fair and reasonable, the above-captioned action shall be dismissed in its entirety, with prejudice, in accordance with the terms of the Negotiated Settlement Agreement and Release.

IT IS FURTHER STIPULATED AND AGREED, that Plaintiffs' may reopen the above-captioned matter if payment is not made by Defendants within sixty (60) days of the entry of this Stipulation and Order.

Respectfully submitted,

/s/ _[signature]_

Joseph A. Fitapelli
Brian S. Schaffer
Arsenio D. Rodriguez
Nicholas P. Melito
**FITAPELLI & SCHAFFER, LLP**
475 Park Avenue South, 12th Floor
New York, New York 10016
(212) 300-0375

*Attorneys for Plaintiffs*

Dated: January 20, 2016

Respectfully submitted,

/s/ _[signature]_

Scott Hur
Robert Lash
**HUR & LASH, LLP**
390 Fifth Avenue, Suite 900
New York, New York 10018
(212) 468-5590

*Attorneys for Defendants*

Dated: _____, 2016

SO ORDERED on this _____ day of _____, 2016.

_____
Hon. Roanne L. Mann
United States Magistrate Judge

4